United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Manuel De Jesus Alvarez Hernandez, Individually and on Behalf of Others Similarly Situated, <br>          Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv- 3038 |
| Ramon Nava, Individually and d/b/a Southeast Pallet Co and Southeast Pallet, Inc., <br>          Defendants. | § | JURY DEMANDED |

## SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1. March 17, 2023 — **MOTION TO ISSUE COLLECTIVE NOTICE**

2. February 16, 2023 — **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
   Parties filing motions after this deadline must show good cause.

   **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**

3a. N/A — The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3b. N/A — The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. July 28, 2023 — **MEDIATION**
   Mediation or other form of dispute resolution must be completed by this deadline.

5. August 25, 2023 **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

6. September 15, 2023 **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

7. March 1, 2024 **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

8. April 1, 2024 **FINAL PRETRIAL CONFERENCE.**

9. April 15, 2024 **JURY TRIAL.**

SIGNED this 24th of January, 2023.

_____
Sam Sheldon
United States Magistrate Judge